IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
APR 30 2024
Clerk, U.S. District Court
By: _N. Cary_ Deputy Clerk

Morehei Pierce
_____
_____
(Enter above the full name of the Plaintiff(s))

vs.

Case Number 24-4033

Kris Kobach Attorney General
Name
120 S.W. 10TH Ave 2nd Floor
Street and number
Topeka, Kansas 66612
City        State        ZipCode

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Morehei Pierce

Address 1245 Marlowe Drive - Montgomery, Alabama 36116

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

 B. Defendant J. Cannon, EDCF EAi is employed at El Dorado Correctional Facility - 1737 US Hwy 54 - El Dorado, Kansas 67042

 C. Additional Defendants Officer Gorman CSI - El Dorado Correctional Facility - P.O. Box 311 El Dorado, Kansas 67042

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

 A. (If Applicable) Diversity of citizenship and amount:
  1. Plaintiff is a citizen of the State of Alabama.
  2. The first-named defendant above is either
   a. a citizen of the State of Kansas ; or
   b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

  3. The second-named defendant above is either
   a. a citizen of the State of Kansas ; or
   b. a corporation incorporated under the laws of the State of EAi and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.) Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

Defendants continue

Jeff Zmuda Secretary
Kansas Department of Corrections
900 Jackson 4TH. Floor
Topeka, Kansas 66612

William Waddington Fmr.
Warden - EDCF
P.O. Box 311
El Dorado, Kansas 67042

B.   (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title____, Section____.

☑ 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.   Other grounds (specify and state any statute which gives rise to such grounds):

42 U.S.C. 1983 civil Rights complaint

III.   Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

On 3-7-24 Medical Professionals in The State of Alabama After Examining The Plaintiff And Reviewing X-Rays informed Him That He Had Damage To His lower Extremities. which The Plaintiff Find it was Do To A sexual Assault in

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

2020 AT the El Dorado Correctional Facility By inmate Benny Smith see ATTACHED EXHIBIT A. which Defendant warden waddington - unit Manager J. Hopkins - security officer Gorman Had Him Placed into A cell with inmate Smith who was in prison For Rape And A known Sexual Predator - upon Being Placed in A cell with inmate smith He Produced A Shank - (A weapon) And was Making Threats - which Plaintiff Pierce immediately Reported it To officer Gorman who Stated That "He Did'nt Give A FUCK" - Plaintiff was ultimately Moved By Mental Health Personnel out the cell And later He was Examined BY Medical staff who confirmed That He Had Been sexually Assaulted - which EAi J. Cannon After His Alleged investigation Did A "cover up" And said Plaintiff was'nt Assaulted - which it's Believed Because of officer Gorman Actions see ATTACHED EXHIBIT A.

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒   No ☐

VI.  Do you claim actual damages for the acts alleged in your complaint? Yes ☒   No ☐

VII. Do you claim punitive monetary damages?  Yes ☐   No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Plaintiff continue to incur Medical Bills in Associate with the Rape - Embarrassment and Humiliation - He Request $10,000,500,000 in compensation

4

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒   No ☐

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

A internal investigation was Held - Done

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Administrative Procedures were Sought

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Morehi Pierce*
Signature of Plaintiff

Morehei Pierce
Name (Print or Type)

1245 Marlowe Drive
Address

5

# Notification of Investigation Status

Date: November 12, 2020

To: Pierce, Christopher 58077

From: SAS J. Cannon, EDCF EAI

This letter is to inform you, as of 11-12-20, the status of the investigation into case PR-20-42.

1. The outcome of the investigation:
   - ☐ Substantiated
   - ☒ Unsubstantiated
   - ☐ Unfounded

2. The staff member is:
   - ☐ Is no longer posted in the offender's living unit;
   - ☐ Is no longer employed at the facility;
   - ☐ Has been indicted on a charge related to sexual abuse within the facility;
   - ☐ Has been convicted on a charge related to sexual abuse within the facility.
   - ☒ Not applicable

3. The alleged abuser:
   - ☐ Has been indicted on a charge related to sexual abuse within the facility.
   - ☐ Has been convicted of a charge related to sexual abuse within the facility.
   - ☐ Has been charged with a disciplinary violation institutionally
   - ☒ Not applicable

Comments (if applicable):

This letter is in regard to the above referenced case only. This case may be reopened in the future should additional evidence become available. Your cooperation in this investigation is appreciated.

Signature: *Christopher Pierce 58077*   Date: 11-13-20

EAI Agent Signature: *J. Cannon, SAS*   Date: 11-12-2020

EXHIBIT A.

Montgomery, Alabama 36116
City          State          Zip Code

(334) 288-3691
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

Marchii Pierce
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

Marchii Pierce
Signature of Plaintiff

Dated: 4·23·24
(Rev. 10/15)