**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Morehei Pierce | COURT CASE NUMBER: 5:24-cv-04033-JAR-ADM |
| DEFENDANT: (fnu) Cannon | TYPE OF PROCESS: Civil Complaint & Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. Cannon, EDCF EAI
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
El Dorado Correctional Facility 1737 US HWY 54 El Dorado, KS 69042

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Morehei Pierce
1245 Marlowe Dr.
Montgomery, AL 36116

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
N. Coop, Deputy Clerk for Morehei Pierce
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 5/10/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 10/3
District of Origin No.: 31
District to Serve No.: 31
Signature of Authorized USMS Deputy or Clerk: T. Williams
Date: 5-13-24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 5-15-24
Time: [ ] am [ ] pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: Tracy Williams

Costs shown on attached USMS Cost Sheet >>

REMARKS

Certified Mail Sent        05/13/2024
Delivery Receipt Date   05/15/2024
Returned to USAO        05/21/2024

REC'D USMS TOPEKA, KS
MAY 13 2024 AM 11:12

Form USM-285
Rev. 03/21

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9589071052701234665406

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in EL DORADO, KS 67042 on May 15, 2024 at 9:57 am.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered to Agent
**Delivered to Agent for Final Delivery**

EL DORADO, KS 67042
May 15, 2024, 9:57 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                  ⌄

USPS Tracking Plus®                                   ⌄

Product Information                                   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Cannon, EDCF EAI
El Dorado Correctionl Facility
1737 US HWY 54
El Dorado, KS 69042

9590 9402 7584 2098 9099 31

2. Article Number (Transfer from service label)

9589 0710 5270 1234 6654 06

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _R L_____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  R Leonard
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

PO box 311
REC'D USMS TOPEKA, KS
MAY 20 2024 PM 2:39

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt