IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JUL 15 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

Morehei Pierce
    PLAINTIFF
VS.
Kris Kobach, et al.,

CASE NO. 24-4033

## PLAINTIFF RESPONSE MOTION

Comes Now the Plaintiff Morehei Pierce, Pro se, And states as Follow:

The Attorney General Kris Kobach Defendant want the 42 U.S.C 1983 Dismissed for a victim of Rape - (a clearly established constitutional Right). The Civil Rights of Institutionalized Persons Act (CRIPA) which was Enacted into Law in 1980 - Defendant Kobach was suppose to Defend - Protect the Rights of a Rape Victim and for it Being Past the Two Year Time Limit Defendant Cannon Told the Plaintiff That the investigation was Not closed And That Additional information could Be Brought at Anytime - Which Defendant Cannon Even states That on Exhibit A. The "Notification of investigation status" which Plaintiff was Released From incarceration February/2023 And it Has Not Been Two Years Yet - which the Requested Relief should Be Granted

RESPECTFULLY.

_Morehei Pierce_
Morehei Pierce
1245 Marlowe Drive
Montgomery, Alabama 36116

## CERTIFICATE OF SERVICE

I Hereby certify That The original And Two True And correct copies of The Above Motion were Mailed First class Postage Prepaid This 6-29-24 To: office of The clerk - 444 S.E. Quincy St. Room 490 - Topeka, Kansas 66683

AND ONE COPY WAS MAILED:

Kris Kobach
Attorney General
120 S.W. 10TH Ave 2nd Fl.
Topeka, Kansas 66612

Jeff Zmuda, Secretary
Kansas Dept. of Corrections
900 Jackson 4TH Floor
Topeka, Kansas 66612

S. Cannon, EAi
El Dorado Corr. Facility
P.O. Box 311
El Dorado, Kansas 67042

Officer Gorman
EDCF
1737 U.S. Hwy 54
El Dorado, Kansas 67042

_Morehei Pierce_
Morehei Pierce
1245 Marlowe Drive
Montgomery, Alabama 36116
(334) 288-3671