Morehei Pierce
1245 Marlowe Dr.
Montgomery, Ala
   36116

MONTGOMERY AL 361
1 JUL 2024



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
444 S.E. Quincy St. Room 490
Topeka, Kansas
    66683

RECEIVED
JUL 1 5 2024
CLERK, U.S. DIST. COURT
TOPEKA, KANSAS

66683-358799