IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
JUL 22 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

Morehei Pierce
    PLAINTIFF

VS.

Kris Kobach

CASE NO. 24-4033

## PLAINTIFF RESPONSE MOTION TO INITIAL ORDER REGARDING PLANNING AND SCHEDULING

Comes now the Plaintiff Morehei Pierce, Pro se, And states as follow:

Plaintiff Does Not Have Access To A webb cam And is unable To Travel out of State - Per Judge Mitchell June 27, 2024 Dated order - on 7-3-24 Approximate Time 11:30 A.M. contacted By phone the Attorney General Kris Kobach and spoke with Assistant Attorney General Matthew Shoger who said until Judge Mitchell Ruled on their Motion To Dismiss They were NOT willing To Resolve the Case - But if the Plaintiff case survived Dismissal they would Be willing To Negotiate/Resolve The case - Plaintiff would Request A Trail By Jury.

RESPECTFULLY,

Morehei Pierce
Morehei Pierce
1245 MarLowe Drive
Montgomery, Alabama 36116

## CERTIFICATE OF SERVICE

I Hereby certify that the original and two true and correct copies of the above motion were mailed first class postage prepaid this 7-4-24 to: Office of the Clerk - 444 S.E. Quincy St. Room 490 - Topeka, Kansas 66683

AND ONE COPY WAS MAILED:

Kris Kobach
Attorney General
120 S.W. 10TH Ave 2nd Fl
Topeka, Kansas 66612

Jeff Zmuda, Secretary
Kansas Department of Corrections
900 Jackson 4TH Floor
Topeka, Kansas 66612

J. Cannon, EAi
EDCF
1737 U.S. Hwy 54
El Dorado, Kansas 67042

Officer Gorman
El Dorado Corr. Facility
P.O. Box 311
El Dorado, Kansas 67042

Morehei Pierce
Morehei Pierce
1245 Marlowe Drive
Montgomery, Alabama 36116
(334) 288-3691