IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Morehei Pierce
    Appellant  )
vs.  )
Kris Kobach et al.,  )

CASE No. 24-4033-JAR

FILED
DEC 02 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

## NOTICE OF APPEAL

Comes Now the Appellant Morehei Pierce, Pro se, And Gives Notice That He is Appealing the Decision-Judgment Entered November 15, 2024 In The Above Caption Case. The Appeal is Being Taken To The United States District Court of Appeals For The Tenth Circuit. The Entire Record

RESPECTFULLY,

Morehei Pierce
Morehei Pierce
1245 Marlowe Drive
Montgomery, Alabama 36116

# CERTIFICATE OF SERVICE

I Hereby certify That The original And Two True And Correct copies Of The Above Motion Notice of Appeal were Mailed First class Postage Prepaid This 11·24·24 To: Office of The clerk 444 S.E. Quincy St. Room 490 Topeka, Kansas 66683

AND ONE COPY WAS MAILED TO:

Kris Kobach
Attorney General
120 S.W. 10TH Ave 2nd Floor
Topeka, Kansas 66612

J. Cannon, EAi
P.O. Box 311
El Dorado, Kansas 67042

Jeff Zmuda Secretary
Kansas Department of corrections
900 Jackson 4TH Floor
Topeka, Kansas 66612

Morehei Pierce
Morehei Pierce-Appellant
1245 Marlowe Drive
Montgomery, Alabama 36116
(334) 288-3691